UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:

LICKERISH, LTD.,

    Plaintiff,

v.

Z LIFESTYLE LLC D/B/A
WORLDLIFESTYLE.COM,

    Defendant.

_____

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff LICKERISH, LTD. by and through undersigned counsel, brings this Complaint against Defendant Z LIFESTYLE LLC D/B/A WORLDLIFESTYLE.COM for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff LICKERISH, LTD. ("LICKERISH"), brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Lickerish's original copyrighted works of authorship.

2. Lickerish is a high quality photographic syndication company that provides images to communication business. Through its extensive library of pictures of celebrities and models taken by internationally renowned photographers, Lickerish has developed a large worldwide clientele.

3. Defendant Z LIFESTYLE LLC D/B/A WORLDLIFESTYLE.COM ("Z Lifestyle") is a human interest entertainment website.

4. Lickerish alleges that Z Lifestyle copied seven (7) of Lickerish's copyrighted Works from the internet in order to advertise, market and promote its business activities. Z Lifestyle committed the violations alleged in connection with Z Lifestyle's business for purposes of advertising and promoting sales to the public in the course and scope of Z Lifestyle's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Florida.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

9. Z Lifestyle LLC d/b/a Worldlifestyle.com is a Florida limited liability corporation with its principal place of business at Z lifestyle LLC, 250 South Australian Ave #1600, West Palm Beach, Florida, 33401, and can be served by serving its Registered Agent, GY Corporate Services, Inc., 600 Brickell Ave, Suite 3500, Miami, Florida, 33131.

## THE COPYRIGHTED WORK AT ISSUE

10. Lickerish created seven (7) photographs which are shown below and referred to herein as the "Works".



Maggie_01-02 ("Maggie Work")



Melania_1

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431



Melania_2

Melania_3





Melania_6

Melania_8





Melania_10

(Melania_1, Melania_2, Melania_3, Melania_6, Melania_8, and Melania_10 referred to herein as the "Melania Works").

11. Lickerish registered the Maggie Work with the Register of Copyrights on August 6, 2015 and was assigned the registration number VA 1-979-857; and registered the Melania Works with the Register of Copyrights on April 18, 2017 and was assigned the registration number VA 2-048-411. The Certificates of Registration are attached hereto as Exhibit 1.

12. At all relevant times Lickerish was the owner of the copyrighted Works at issue in this case.

### INFRINGEMENT BY DEFENDANT

13. Z Lifestyle has never been licensed to use the Works at issue in this action for any purpose.

14. On a date after the Works at issue in this action were created, but prior to the filing of this action, Z Lifestyle copied the Works.

15. Z Lifestyle copied Lickerish's copyrighted Works without Lickerish's permission.

16. After Z Lifestyle copied the Works, it made further copies and distributed the Works on the internet to promote the sale of goods and services as part of its entertainment and human interest website.

17. Z Lifestyle copied and distributed Lickerish's copyrighted Works in connection with Z Lifestyle's business for purposes of advertising and promoting Z Lifestyle's business, and in the course and scope of advertising and selling products and services.

18. Lickerish's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

19. Z Lifestyle committed copyright infringement of the Works as evidenced by the documents attached hereto as Exhibit 2.

20. Lickerish never gave Z Lifestyle permission or authority to copy, distribute or display the Works at issue in this case.

21. Lickerish notified Z Lifestyle of the allegations set forth herein on December 20, 2017 and January 25, 2018.  To date, Z Lifestyle has failed to respond to Plaintiff's Notices.  Copies of the Notices to Z Lifestyle are attached hereto as Exhibit 3.

## COUNT I
## COPYRIGHT INFRINGEMENT

22. Plaintiff incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23. Lickerish owns valid copyrights in the Works at issue in this case.

24. Lickerish registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25.     Z Lifestyle copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without Lickerish's authorization in violation of 17 U.S.C. § 501.

26.     Z Lifestyle performed the acts alleged in the course and scope of its business activities.

27.     Lickerish has been damaged.

28.     The harm caused to Lickerish has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant Z Lifestyle that:

a.     Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.     Defendant be required to pay Plaintiff its actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504.

c.     Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon; and

d.     Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: May 2, 2018                              Respectfully submitted,

                                                /s/ Joel B. Rothman
                                                JOEL B. ROTHMAN
                                                Florida Bar Number 98220
                                                joel.rothman@sriplaw.com
                                                ALEXANDER C. COHEN

8

        Florida Bar Number 1002715
        alex.cohen@sriplaw.com

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, FL  33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Lickerish, Ltd.*