# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 1-979-857**

**Effective Date of Registration:**
August 06, 2015

## Title

**Title of Work:** Group Registration Photos, REGARD MAGAZINE ISSUE 32 JUNE 2015, Published Jun. 24, 2015; 58 photos.

**Content Title:** Arden_INT, Arden_17-18, Arden_15-16, Arden_13-14, Arden_12, Arden_01-02, Arden_11, Arden_09-10, Arden_08, Arden_07, Arden_05-06, Arden_03-04, Gyasi_11-12, Gyasi_09-10, Gyasi_07-08, Cynthia_INT, Cynthia_13-14, Cynthia_11-12, Cynthia_09-10, Cynthia_07-08, Cynthia_05-06, Cynthia_03-04, Cynthia_01-02, Gyasi_01-02retouched-final, Gyasi_01-02, Gyasi-cover, Gyasi_INT, Gyasi_17-18, Gyasi_15-16, Gyasi_13-14, Gyasi_05-06, Gyasi_03-04, Gyasi_01-02retouched-over, Maggie_INT, Maggie_17-18, Maggie_15-16, Maggie_13-14, Maggie_11-12, Maggie_10, Maggie_09, Maggie_07-08, Maggie_05-06, Maggie_03-04, Maggie_01-02, Denise_INT, Denise_11-12, Denise_09-10, Denise_07-08, Denise_05-06, Denise_03-04, Denise_01-02, GTL_13-14, GTL_11-12, GTL_09-10, GTL_07-08, GTL_05-06, GTL_03-04, GTL_01-02 (published June 24, 2015).

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 24, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** DIMITRY LOISEAU
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** DIMITRY LOISEAU
5619 Lankershim Blvd #903, North Hollywood, CA  91601, United States

## Rights and Permissions

Page 1 of 2

|||
|---:|:---|
| **Organization Name:** | Lickerish, Ltd. |
| **Name:** | Emma Carlsen |
| **Email:** | emma.carlsen@lickerishltd.com |
| **Telephone:** | +4402073232009 |
| **Address:** | 40-42 Riding House Street |
| | London, W1W 7ET  United Kingdom |

## Certification

|||
|---:|:---|
| **Name:** | Joe G. Naylor |
| **Date:** | August 06, 2015 |
| **Applicant's Tracking Number:** | USCO-00296 |

|||
|---:|:---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Basis for Registration: Group of Published Photographs |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-048-411**

**Effective Date of Registration:**
April 18, 2017

## Title

| | |
|---|---|
| Title of Work: | Group Registration Photos, MELANIA TRUMP, Published approx. Dec. 01, 1999; 11 photos. |
| Content Title: | MELANIA_11, MELANIA_10, MELANIA_9, MELANIA_7, MELANIA_8, MELANIA_5, MELANIA_6, MELANIA_2, MELANIA_4, MELANIA_3, MELANIA_1 (published approx. December 01, 1999). |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 1999 |
| Date of 1st Publication: | December 01, 1999 |
| Nation of 1st Publication: | United Kingdom |

## Author

| | |
|---|---|
| Author: | ANTOINE VERGLAS |
| Author Created: | photograph |
| Work made for hire: | No |
| Citizen of: | France |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | ANTOINE VERGLAS<br>130 west 3rd street #4N, NEW YORK NY 10012, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Lickerish, Ltd. |
| Name: | Emma Carlsen |
| Email: | emma.carlsen@lickerishltd.com |
| Telephone: | +4402073232009 |
| Address: | 4A TILEYARD STUDIOS, TILEYARD ROAD<br>London, N7 9AH  United Kingdom |

## Certification

Page 1 of 2

**Name:** Joe G. Naylor
**Date:** April 18, 2017
**Applicant's Tracking Number:** USCO-03533