# Exhibit 2

37 Most Gorgeous Female Athletes That Give You An Extra Reason To Watch the Olympics - Page 2 of 38 - WorldLifestyle - Mozilla Firefox

Case 9:18-cv-80572-WPD   Document 1-3   Entered on FLSD Docket 05/02/2018   Page 2 of 17

37 Most Gorgeous ...

www.worldlifestyle.com/trending/incredible-female-athletes-youll-want-to-root-for/2

Search



Health+Fitness    Relationships    Beauty+Style    Food    Travel    Political    Yoga


ADVERTISEMENT


ADVERTISEMENT



Maggie Vessey participates in middle distance track events for the USA team. She competed in the 2012 Olympics and placed eighth. Can she do better this year?

## Mikaela Mayer



Sponsored By astroconquest.com
Das Suchtspiel 2017


Crashed with error: org.openqa.selenium.remote.UnreachableBrowserException: Error communicating with the remote browser. It may have died., Build info: version: '2.53.0', revision: '35ae25b1534ae328c771e0856c93e187490

Case 9:18-cv-80572-WPD   Document 1-3   Entered on FLSD Docket 05/02/2018   Page 3 of 17





Maggie Vessey participates in middle distance track events for the USA team. She competed in the 2012 Olympics and placed eighth. Can she do better this year?

# Mikaela Mayer















17 Stunning Photos Of Melania Trump - Page 2 of 18 - WorldLifestyle - Mozilla Firefox

17 Stunning Photos...

Case 9:18-cv-80572-WPD    Document 1-3    Entered on FLSD Docket 05/02/2018    Page 10 of 17

www.worldlifestyle.com/trending/shocking-photos-of-melania-trump/2



**Health+Fitness**   **Relationships**   **Beauty+Style**   **Food**   **Travel**   **Political**   **Yoga**



Leaving absolutely nothing to the imagination aboard Donald's plane, Melania graces a fur rug in diamonds, heels and her birthday suit... Picture Donald's blood boiling at this point...?

## Metallic Hottie

Crashed with error: org.openqa.selenium.remote.UnreachableBrowserException: Error communicating with the remote browser. It may have died., Build info: version: '2.53.0', revision: '35ae25b1534ae328c771e0856c93e1874906'













